IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTINE SHELTON | ) |
| | ) |
| v. | ) NO. 3-11-0001 |
| | ) JUDGE CAMPBELL |
| BRIDGESTONE METALPHA, | ) |
| U.S.A., INC. | ) |

ORDER

Pending before Court is Defendant's Motion for Summary Judgment (Docket No. 24). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED in part and DENIED in part. Plaintiff's claims for gender discrimination and FMLA retaliation are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE